

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00231-CV

Charles Edward **REED** Jr.; Amos E. Reed III, Individually and as Representative of the Estate of Delores Perrin; Curtis Cullen Smith, Trustee of the Laura Dossett Smith Family Trust; Et al.,
Appellants

v.

**MALTSBERGER/STOREY RANCH, LLC**; Storey Minerals, Ltd.; Tom O. Hanks; Karen R. Hanks; TK Hanks Royalties, LP,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-03-00057-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

This court granted Appellants' first motion for extension of time to file their brief, and the brief is due on August 1, 2016. On July 28, 2016, Appellants filed an unopposed second motion for extension of time to file their brief until August 31, 2016, for a total extension of sixty-one days.

Appellants' motion is GRANTED. Appellants' brief is due on August 31, 2016. *See* TEX. R. APP. P. 38.6(d). Any further motion for extension of time to file Appellants' brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court